# IN THE 1st COURT OF APPEALS

[DONOVAN DWIGHT SIMMS©] §

v. § Case No. 01-15-00763-CR

THE STATE OF TEXAS §

FILED IN 1ST COURT OF APPEALS HOUSTON, TEXAS OCT 05 2015 CHRISTOPHER A. PRINE CLERK

## MOTION FOR EXTENSION OF TIME TO FILE APPELLANT'S BRIEF

Comes Now [DONOVAN DWIGHT SIMMS©], Appellant in the above case number and brings forth this Motion for Extension of Time to File Appellant's Brief, and in support of such motion shows such below:

### I

On September 21, 2015 Appellant received from this court dated September 14, 2015 a notice stating that the clerk's record was filed and that appellant has 30 days to file appellant's brief from September 14, 2015.

### II

Appellant had no counsel of record and therefore has to file pro per. Appellant has limited access to research material and a law library due to his being incarcerated and therefore, does not have research material on par with the opposing party in this action and therefore is at a disadvantage.

### III

Appellant is not schooled or well versed in the law and ask that this court does not hold him to the same standards on par with state bar attorneys.

### PRAYER

In showing such above, Appellant prays that this honorable court GRANT the following motion in all things.

Executed this the Twenty-Ninth day of the Ninth month in the Year of Our Creator, Two Thousand and Fifteen, A.D.

_____
Donovan Dwight Simms©
For: [DONOVAN DWIGHT SIMMS©]

### Certificate of Service

I, Donovan Dwight Simms, hereby do declare that the aboveMotion for Extension of Time to File Appellant's Brief was mailed by prison staff placing the same in the prison mailbox to be mailed via U.S.P.S. first class, postage pre-paid on September 29, 2015 to be mailed to the following address:

Christopher A. Prine, Clerk of Court
Court of Appeals, First District
301 Fannin Street
Houston, Texas 77002-2066

_____
Donovan Dwight Simms©

<u>ORDER</u>

<u>ON THIS</u> the _____ day of _____, 2015, came on to be heard the foregoing Motion for Extension of Time to File Appellant's Brief, and this Motion is GRANTED

_____
PRESIDING JUDGE

September 29, 2015

Donovan Dwight Simms©
c/o 9601 SPUR 591 (NOT A DOMOCILE)
Amarillo, Texas Republic [near 79107-9606]

To: Christopher A. Prine, Clerk of Court
    Court of Appeals, First District
    301 Fannin Street
    Houston, Texas 77002-2066

Re: Donovan Dwight Simms©
    Case No. 01-15-00763-CR

FILED IN
1ST COURT OF APPEALS
HOUSTON, TEXAS

OCT 0 5 2015

CHRISTOPHER A. PRINE

CLERK _____

Dear clerk of clerk;

    Enclosed please find the Appellant's Motion of Extention of Time to FIle Appellant's Brief along with Motion for Appointment of Counsel to be filed in the above styled and numbered cause.

    Please also note to the court that the appellant is appealing Pro se, but is not schooled in or well versed in law and is requesting counsel in this action, but will file a brief in this matter.

    Lastly, appellant is indigent and cannot pay for a copy of the clerk's record. Appellant request that this court send him a copy of the clerk's record, or, in the alternative, the Appellant request a copy of the table of contents of the Clerk's record submitted to this court on September 14, 2015. Thank you for your time and patience in advance concearning this matter.

Sincerely

Donovan Dwight Simms©

encl...
DDS/CAP

Donovan Dwight Simms 3A-06T
BC-037-0137 5638
c/o 9601 SPUR 591 (NOT A DOMICILE)
Amarillo, Texas Republic [near 79107-9606]

S

LEGAL MAIL

FIRST COURT OF APPEALS
301 Fannin Street
Houston, Texas 77002-2066

FIRST RECEIVED
COURT OF APPEALS
HOUSTON, TEXAS

OCT 05 2015

CHRISTOPHER A. PRINE
CLERK

77002#2066 C016